[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



Plaintiff **Alvin McCarter**

v.

Defendant

United States District Court
Northern District of Illinois

RECEIVED

APR 06 2026 JXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**COMPLAINT**

Barack OBAMA
Holly wood
Elon musk
DonAld Trvmp
LAnd LoRD
India RoyAle
whipping work
CReAtor of DrAft King.
Joke money
Chick-Fi-LAy across from cook
County.
cook county House by my Home
HAlf wAy

**1:26-cv-03779**
**Judge Mary M. Rowland**
**Judge Keri L. Holleb Hotaling**
**RANDOM/Cat. 1**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff

Alvin McCArter

v.

Defendant

Elon musk

**COMPLAINT**

And got my Landord workers
going in and out my house
spitting in my food And people
in my building
Hollywood
BArAck

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY.* R.D. No. **JK 204489**

INCIDENT **Battery - Simple**     IUCR CODE **0460**     DATE/TIME OF OCCURRENCE **01 Apr 26**

NAME OF VICTIM/COMPLAINANT **McCarter Alvin**     BEAT/UNIT OF ASSIGN. **1102**     BEAT OF OCCUR. _____

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____

If an arrest has taken place, the following is your court information: Date: _____   Time: _____   Court Branch: _____   Court Loc.: _____

If you need more help call the Cook County State's Attorney's Office Victim Witness Assistance Unit at (773) 674 - 7200.

---

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

## TO REPORT ADDITIONAL INFORMATION

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS | |
|---|---|---|---|---|
| AREA 1 | ☐ (312) 747-8384 | ☐ (312) 747-8380 | ☐ (312) 747-8385 | ☐ **BOMB UNIT** (312) 746-7622 |
| AREA 2 | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 | ☐ **ARSON SECTION** (312) 746-7618 |
| AREA 3 | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 | |
| AREA 4 | ☐ (312) 746-8253 | ☐ (312) 746-8251 *(circled)* | ☐ (312) 746-8255 | ☐ **FINANCIAL CRIMES UNIT** (312) 746-9861 |
| AREA 5 | ☐ (312) 746-7394 | ☐ (312) 746-6554 | ☐ (312) 746-6554 | |

## MISSING PERSONS

☐ If the missing person is **under** 18 years of age, contact the National Center of Missing and Exploited Children 1-800-THE-LOST, www.missingkids.com, National Runaway Safeline: 1-800-RUN-AWAY, www.1800runaway.org.

☐ If the missing person is **over** 18 years of age, contact the Illinois State Police Clearinghouse for Missing Persons : 1-800-U-HELP-ME, www.isp.illinois.gov/UnsolvedCrime/MissingPersonsAll.

☐ When persons reported missing are located or have returned contact: (312) 745 - 5019 or (312) 745 -5020.

## COPY OF THE REPORT

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained. To obtain a copy of the report, you can send a check or money order payable to the *"DEPARTMENT OF REVENUE-CITY OF CHICAGO"* in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department, Records Division, Customer Service Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime), 2) Type of incident, 3) Address of occurrence, and 4) R. D. Number. You can also visit in person or call (312) 745-5130 between 8:00 a.m. - 3:00 p.m., Monday - Friday (excluding public holidays).

## GET INVOLVED - COMMUNITY POLICING

The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to improve the quality of life and reduce crime in our City. To find out which beat you live on or how to become involved, call **311** or visit online at: http://www.home.chicagopolice.org

Beat No. _____ Next Beat Community Meeting (date/time) _____

at (location) _____

To report a crime in progress or other emergency that requires immediate police response, call **911**.

To report non-emergency situations, call the Police Department at **311** within City limits, or if outside the City limits call (312) 746-6000.

**To compliment an officer send an email to ComplimentCPD@chicagopolice.org.**

---

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

To report a police emergency, hearing-impaired persons should dial 9-1-1. For non-emergency situations, hearing-impaired persons may communicate with the Chicago Police Department 24 hours a day by calling 3-1-1.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.*

| Police District of Occurrence | Court Branch for Warrant or Summons | |
|---|---|---|
| ☐ 14,16,17, 25 | Branch 23 | 5555 W. Grand Ave. |
| ☐ 18, 19, 20, 24 | Branch 29 | 5555 W. Grand Ave. |
| ☐ 2, 3, 4, 5, 6, 7, 8, 9, 22 | Branch 35 | 727 E. 111th St. |
| ☐ 1,10,11,12,15 | Branch 43 | 3150 W. Flournoy St. |

* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison Street, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)

**The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail: call 1-877-846-3445.** *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling 1-800-228-3368, TTY: 1-877-398-1130 or email at crimevictimservices@atg.state.il.us.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified *IMMEDIATELY*, via the "911" emergency number, when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

---

**CPD-11.383 (Rev. 5/22) - English**      **IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

# AVISO INFORMATIVO PARA LA VICTIMA/DEPARTAMENTO DE POLICÍA DE CHICAGO

ESTE NO ES UN REPORTE POLICIAL OFICIAL - TIENE FINES INFORMATIVOS SOLAMENTE. N.º de RD: _____

INCIDENTE _____ CÓDIGO IUCR _____ FECHA/HORA DEL HECHO _____

NOMBRE DE LA VÍCTIMA/DENUNCIANTE _____ ZONA/UNIDAD DE ASIGNACIÓN _____ ZONA DEL INCIDENTE _____

NOMBRE DEL CASO: EL ESTADO DE ILLINOIS/LA CIUDAD DE CHICAGO vs. _____

Si hubo un arresto, la siguiente es la información de su tribunal: Fecha: _____ Hora: _____ Sección del tribunal: _____ Dirección del tribunal: _____

Si necesita más ayuda, llame a la Unidad de Asistencia para Víctimas y Testigos de la Oficina del Fiscal del Estado del Condado de Cook al (773) 674-7200.

Su caso se registrará en el Departamento de Policía de Chicago (Chicago Police Department, CPD) con el número de RD que se menciona arriba. Dé este número siempre que se comunique con el Departamento de Policía de Chicago sobre este incidente. A su caso se le hará una investigación de seguimiento según los datos específicos que se hayan obtenido durante la investigación inicial. Estos datos pueden predecir si es probable que una investigación exhaustiva de seguimiento dé lugar al arresto y al enjuiciamiento de los sospechosos o a la recuperación de los bienes. Su caso se examinará y se conservará para determinar si se pueden identificar delincuentes activos en la zona. *Normalmente, ningún detective se pondrá en contacto con usted a menos que se necesite más información o se necesite su ayuda.*

## PARA REPORTAR INFORMACIÓN ADICIONAL

Si tiene conocimiento de hechos específicos que podrían ayudar en la investigación de su caso, póngase en contacto con la unidad que se indica abajo:

| | DELITOS CONTRA LA PROPIEDAD | DELITOS VIOLENTOS | VÍCTIMAS ESPECIALES |
|---|---|---|---|
| ÁREA 1 | ☐ (312) 747-8384 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| ÁREA 2 | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| ÁREA 3 | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| ÁREA 4 | ☐ (312) 746-8253 | ☐ (312) 746-8251 | ☐ (312) 746-8255 |
| ÁREA 5 | ☐ (312) 746-7394 | ☐ (312) 746-6554 | ☐ (312) 746-6554 |

☐ ESCUADRÓN ANTIBOMBAS (312) 746-7622
☐ SECCIÓN DE INCENDIOS PROVOCADOS (312) 746-7618
☐ UNIDAD DE DELITOS FINANCIEROS (312) 746-9661

## PERSONAS DESAPARECIDAS

☐ Si la persona desaparecida es **menor** de 18 años, llame al Centro Nacional para Menores Desaparecidos y Explotados (National Center of Missing and Exploited Children), al 1-800-THE-LOST, www.missingkids.com, o a National Runaway Safeline, al 1-800-RUN-AWAY, www.1800runaway.org.

☐ Si la persona desaparecida es **mayor** de 18 años, llame al Centro de Intercambio de Información de Personas Desaparecidas de la Policía del Estado de Illinois (Illinois State Police Clearinghouse for Missing Persons), al 1-800-U-HELP-ME, www.isp.illinois.gov/UnsolvedCrime/MissingPersonsAll.

☐ Si se localiza a las personas que se reportaron como desaparecidas o las mismas regresan, llame al: (312) 745-5019 o al (312) 745-5020.

## COPIA DEL REPORTE

Es posible que el número de RD que se menciona arriba sea suficiente para fines del seguro. Sin embargo, puede haber casos en los que se prefiera una copia del reporte del caso. Puede pedir una copia del reporte del caso que consta que se reportó ante el Departamento de Policía de Chicago un incidente de lesiones, pérdidas o daños. Para obtener una copia del reporte, puede enviar un cheque o una orden de pago a favor del *"DEPARTMENT OF REVENUE - CITY OF CHICAGO"* por la cantidad de $0.50, y un sobre de devolución franqueado con su nombre y dirección a: Chicago Police Department, Records Division, Customer Service Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Incluya esta información con su solicitud: 1) El nombre y la dirección de la víctima (o la persona que reportó el delito), 2) Tipo de incidente, 3) Dirección del hecho y 4) Número de RD. También puede ir en persona o llamar al (312) 745-5130 entre las 8:00 a. m. y las 3:00 p. m., de lunes a viernes (excepto los feriados).

## PARTICIPE - POLÍTICAS COMUNITARIAS

La policía sola no puede resolver todos los problemas de delitos en nuestra ciudad. Hace falta una comunidad informada y activa que trabaje con la policía y con otras agencias de la ciudad para hacer una diferencia. Únase a sus vecinos y a los oficiales de policía de su barrio, mientras trabajamos juntos para reducir los delitos y mejorar la calidad de vida en nuestra ciudad. Sea parte del equipo de CAPS en su comunidad. Para saber en qué zona vive o cómo participar, llame al 311 o visite: http://www.home.chicagopolice.org.

Número de zona_____

Próxima reunión de la comunidad de la zona (fecha/hora) _____

en (lugar) _____

Para reportar un delito en curso u otras emergencias para las que se necesite presencia policial inmediata, llame al **911**.

Para reportar situaciones que no sean emergencias, llame al Departamento de Policía al **311** si está dentro de la ciudad, o al **(312) 746-6000** si está fuera de la ciudad.

Para felicitar a un oficial, envíe un email a **ComplimentCPD@chicagopolice.org**.

## DISPOSITIVO DE TELECOMUNICACIONES PARA PERSONAS SORDAS/TELETIPO (TDD/TTY)

Para reportar una emergencia policial, las personas con discapacidad auditiva deben marcar el 9-1-1. Para situaciones que no son de emergencia, las personas con discapacidad auditiva pueden comunicarse con el Departamento de Policía de Chicago las 24 horas del día llamando al 3-1-1.

## OBTENCIÓN DE UNA ORDEN JUDICIAL O DE UNA CITACIÓN JUDICIAL POR CARGOS PENALES

Si se hace un arresto, lo informarán de la fecha, la hora y el lugar del procedimiento judicial en que se requerirá que comparezca. Si usted reporta un delito y no se hace un arresto, puede ir en persona al tribunal correspondiente que se menciona abajo para solicitar que se inicien acciones penales por medio de una orden judicial o de una citación judicial. Lleve este Aviso informativo para la víctima y cualquier otra información relevante, como el nombre, la descripción física y el domicilio del delincuente al oficial encargado de las órdenes judiciales (warrant officer) que se haya asignado al tribunal, entre las 8:30 a. m. y las 11:30 a. m., de lunes a viernes (excepto durante el receso judicial). El oficial encargado de las órdenes judiciales lo ayudará en el proceso de obtención de una orden judicial o de una citación judicial.*

| Distrito policial donde ocurrió el hecho | Sección del tribunal para la orden judicial o la citación judicial | |
|---|---|---|
| ☐ 14,16,17, 25 | Sección 23 | 5555 W. Grand Ave. |
| ☐ 18, 19, 20, 24 | Sección 29 | 5555 W. Grand Ave. |
| ☐ 2, 3, 4, 5, 6, 7, 8, 9, 22 | Sección 35 | 727 E. 111th St. |
| ☐ 1,10,11,12, 15 | Sección 43 | 3150 W. Flournoy St. |

* Para incidentes relacionados con la violencia doméstica, únicamente podrá emitir órdenes/citaciones judiciales el Tribunal de violencia doméstica, que se encuentra en 555 West Harrison Street, primer piso.

## NOTIFICACIÓN AUTOMÁTICA PARA VÍCTIMAS (AUTOMATED VICTIM NOTIFICATION, AVN)

El condado de Cook tiene un sistema automatizado de notificación para víctimas gratuito y en varios idiomas, que funciona las 24 horas. Para obtener información sobre la fecha en que un acusado debe ir al tribunal o sobre la custodia en la cárcel del condado de Cook, llame al 1-877-846-3445. *No dependa únicamente de la AVN para su seguridad. Si siente que puede estar en peligro, tome precauciones como si al acusado lo hubiesen liberado.*

## AVISO PARA VÍCTIMAS DE DELITOS EN ILLINOIS

Las víctimas inocentes de delitos violentos pueden ser elegibles para recibir beneficios del programa de Compensación para Víctimas de Delitos de Illinois (Illinois Crime Victims Compensation Program) por costos, como costos médicos, funerarios, pérdida de apoyo y pérdida de salario. *NO SE DA NINGUNA COMPENSACIÓN POR PÉRDIDAS NI POR DAÑOS A LA PROPIEDAD, NI POR DOLOR NI POR SUFRIMIENTO.* Para solicitarla o determinar si califica, la víctima o, si falleció, un pariente o un dependiente, deben ponerse en contacto con la Oficina del Fiscal General de Illinois (Illinois Attorney General's Office). Puede obtener más información y formularios de reclamo del Programa de Compensación para Víctimas de Delitos, Oficina del Fiscal General de Illinois, 100 West Randolph Street, 13.º piso, Chicago, Illinois 60601, llamando al 1-800-228-3368, TTY: 1-877-398-1130, o enviando un correo electrónico a crimevictimservices@atg.state.il.us.

## RECUPERACIÓN DE BIENES: VEHÍCULO ROBADO RECUPERADO

Debe notificar *DE INMEDIATO* al Departamento de Policía de Chicago, llamando al número de emergencia "911", si recupera un bien que se reportó como extraviado o robado.

## TARJETAS DE CRÉDITO O CHEQUES EXTRAVIADOS O ROBADOS

Notifique inmediatamente por teléfono a la entidad emisora de la tarjeta de crédito o al banco, para reducir la posibilidad de que sea responsable del uso no autorizado de su tarjeta de crédito o de su cheque extraviados o robados. Se sugiere que también informe por escrito a la entidad emisora de la tarjeta de crédito o al banco, como medida de seguimiento, para garantizar la debida notificación.

CPD-11.383 (Rev. 5/22) - Spanish    **IMPORTANTE: GUARDE ESTE AVISO EN SU ARCHIVO PERSONAL**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**United States District Court**
**Northern District of Illinois**

Plaintiff
Alvin mcCarter

v.

Defendant
Amesha

my LAnd LoRD

**COMPLAINT**

and the

mcCArter and Townsend Family
and the Chicag police
and the CIARK Family
and kevin HArt, and Taraji P
Henson ; DA BABy the Rapper and Also
The gAS station on washington
and Homan and Also on Lake
and CAlifornia I have A police
report for Also. The chinese restaurant
on madison and CAmbell. and the
Chinese restaurants at the MAll plAZA
and one more restaurant next Door
and AID office on CAlifornia and Also
[If you need additional space for ANY section, please attach an additional sheet and reference that section.]
OBAmA on the murder of ken ken BACk

d Rachelle Gibson
also Pretty Skinny and Amber precious
and also ~~scratched out~~
Also Alvin Smith and ~~scratched out~~
and Also ~~scratched out~~
VANESSA McCarter and costwholesale
Tiffany Rodgers Also Ar
member of Elon Musk crew and
everyone else that was involved in
creating Artificial Intellegence
and Robert isaiha Jones
security guard Almost shot
me on washington and Home
Also Lil Wayne, and Also
MARK Zuckerberg and they Are
Preventing me working getting me
Fired off Jobs and Also Joey
Movers Also the people from the villa
and the Back and Front 2655 w. madiso

and Also threatning saying they would Kill me if I came back I got Lead over by Kevin Hearrt and then he hass Also been Harnasing me and melvin james and Also spit in my Food and been Lacing weed bringing to my House to Smoke Ats and Tebow and his brother Brothe RAlp Funches. can yAll please help take this Artificial intelligence off me immediatly they keep having people look At memories trying to make me talk to them and Also Brother RAWChA and brother Elder lawyA Also they keep breaking the LAW saying I'm A serial killer. And keep influencing the people of chicago and Hollwood entertainer and Also A psychiatrist from mount sinai for no reason having And had my PArents

taking me out my Home
sending me to the hospital
without my consent and
the wont Let me talk.
also had lilwayne and
the Do BABy and Also A

FAmily mad me for something
I ~~do~~ didnt do ~~Imy~~.

Trevion cockett. Evette clark
son. I had no involvement,
I've ~~been~~ followed
For years. And A FBi
Agent keep HArrAssing me.
and they had JAckie
Chan manipulated me
so they could use artificial
intelligence on my ~~siatic~~
Sciatic Nerve. OBAMA
want stop HArrAssing me
because I got
molestic and mAnipulAted
by cousin. and Trump
keep ACCusing me of
being A pedophiller.
and keep ~~F~~ mAking me
~~reliving~~ relive pifferent ~~A~~,
PhAses in my Life I out
grew. and they keep
hAving people ~~follow~~ me

into stores and gAStations and keep trying to have me smoke and Drink and spend. All my money also Acting like they are a priest OBAMA specifically please Help As soon As u cAn I dont know how I will be alive also got people

WAnnA to jump and the police station on kedzie and hArrison and central police station Also wouldn't Help or in the village eAthier and OBAmA keep trying HAve me Shot. and cAn PleAse

someone stop TARAJi P lten son. and they keep messing with my mentAl.

and Also taking different Areas of my mind Away I'm tired of them breaking the Law. please Help as soon as you can and devil worshipers following me. and Everyone admitted what they done to me through A.I. and money BAg yo All this HAppened over A face I took Down. and Also steven Austin. And A FBI LAdy keep threatning me. I don't know who else is involved from te FBI And I dont HAve any LegAL representation. And messing with my mentAL HAving me stAb and cut myself and tryed mAke me commit suicide. Suicide By WALking in the street against my will. And tiffany wont stop HArrAssing me LAStNAme Rogers and the white House wont respond with A Letter becAuse of trump

And, OBAMA and Trump
Family wont ceave me
Alone. in my neighborhood
~~trying~~. ~~OBAMA~~ Especially
OBAMA Family member
who WAS Atheist.

I need protection from the police in my neigborhood And the gangs in my neighborhood. Also they family of a decease relative keep threatning me And

OBAMA And Trump keep saying there going to kill me under the g4 stone Act.

and keep Accusing of pig LAtin. my cousin study pig LAtin I'm sending this letter AS is because there making it hard to write and one name is tyrone and Also HAve inmates, pedophiller

At my home. And Also the people in my building and Across the Alley they won't Let me watch tv or Anything. They Also said I another month of torture. And they keep saying

its my fault because some stuff in my pass and my family History I aint And they keep inducing Anally this to me I am not a homosexual and they ~~they~~ tried to make me one and a christian and Im not an A And my family slipping me Drugs in my drinks. And Stopping me from paying my rent. obama keep following for deceased relative, And ~~they~~ really need Help pay And keep saying He gone release me when He feel comfortable. I'm be held hostage. Had me over A river could have drowne

And have control over my internet and people running test on me that dont believe in what I believe in. And brother RACHAW keep trying to prevent me from Attending church serviees. They Also wont give the name of An Army general Who sleeps with trasexuals.

Also joke money have been making videos About me and BodeAL. And Gillie the Kid And WAllo. cAn yAll pleAse protect me from People who wAnt to kill me and fight and trying to get me to sleep with people Who hAve Aids. cAn yAll pleAse stop OBAMA nd trump ~~immid~~ immediAtely and he keep messing Up my ~~Sabat~~ SAbbeth wish is a holy dAy. and Also a KArAte intructor on ~~tv~~ western and Diversity

and mike Epps. Michael Jordan And Michael Jai white OBAMA is the worst one and Donald trump And A FBI Agent if Any thing happen to me OBAMA Did it !! with this MAchine and through other people. IndiA Had my daughter Hospitalized for drinking and She not even 21. And mAde ~~son~~ my Son ~~is~~ perform. SEXUAL Acts. and trying to ~~2~~ Act Like Im a terroist. and chick-fil-A ~~her~~ on 713 S Seeley Ave poisoned my food with feces. And they call it chimey chime. Also the creAtor of the NFL gambling app with the trannies who's name is JAson Robins Who ~~helm~~ admitted to having my perform SEXUAL Acts son with his young mAle cousin Derick Burnside son.

Also A guy At the back of 2655 W. madison pulled A hand gun out and I Also have Been recieving DeAth threAts and been get hurt tremendously by Artificial Intelligence. Also DreKA the Model and Also have trannies following me one WAS a neighbors across from my Address and people following me from the United center and everywhere I go. and celebrities from Hoʻily wood and Also Tyler perry they Are still do the SAme thing in the Letter I sent to the white House accusing inces towards my children. He mAde them not WAnnA see me. Also my mother HAS been poisoning my Food and FAther too. and they hAve my brother threAtning me and people coming to my House through A.I Also cook county the Hospital and cAusing cAusing my mother to have heartAttacks. And Also have my mother to stAb me Also more on BACK

Also Derrick Burnside ~~Has came~~ Destroyed my 70" TV with water. Also pretty skinny from joke money Father thinking I Loved ~~E~~ Trannies And people from the Hornets and Rockwell. And Also JAY-Z. Also An

Attorney At the Federal Building at 219 Dearborn. also haunting me with Dead Friends and Family Also the Attorney is threatning me. Also Having put people ~~mentality~~ ~~mental~~ also a FBI Agent and tryed to make sleep with my children and my mother. and tried to get me ~~to~~ to sleep with Sissy's. and tried to get people to run me over. Also preventing me from going to church.

Also had me performing sexual acts with A.i Also the Breeds A gang from the village and one Also Hit me in the FACE